```
1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00310-JLT-SKO-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA AND EXCLUDE TIME; |
| v. | |
| ROSA FERNANDEZ, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 20, 2024, at 8:30 a.m. Time was previously excluded until August 20, 2024. ECF 84. As to Ms. Fernandez, the parties have reached a plea agreement. ECF 92.

2. By this stipulation, the parties now move to schedule a change of plea for Ms. Fernandez on May 6, 2024, and to exclude time between the date of this stipulation and May 6, 2024, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The defendant requests the earliest available date the Court and counsel are available, which is May 6, 2024, for a change of plea. This date will allow adequate time for investigation and preparation, review of discovery, preparation for sentencing, and for continuity of counsel considering defense counsel's trial schedule.  The government joins in the request for this change of plea date.

b. Counsel for defendant believes that failure to grant the above-requested continuance/time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to, and agrees to, the continuance/time exclusion.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

DATED: April 12, 2024

/s/STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
ROSA FERNANDEZ

DATED: April 12, 2024

/s/ Arin C. Heinz
ARIN C. HEINZ
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.  Change of plea is set for May 6, 2024, at 8:30 a.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to May 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 4/12/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3