PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROSA FERNANDEZ,<br><br>                    Defendant. | CASE NO.  1:22-CR-00310-JLT-SKO<br><br>STIPULATION; FINDINGS AND ORDER |

This case is set for sentencing on August 12, 2024.  The parties request to move the sentencing to October 7, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 12, 2024.

2. By this stipulation, the parties now move to schedule sentencing for October 7, 2024. The parties learned new information relating to Ms. Fernandez's case during the week leading up to sentencing that the parties need to further investigate. The parties believe that further investigation and discussion about this information could impact Ms. Fernandez's sentencing. It is necessary for the parties to resolve this before proceeding to sentencing.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: August 8, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ARIN C HEINZ<br>ARIN C HEINZ<br>Assistant United States Attorney |
| Dated: August 8, 2024 | /s/ STEVEN CRAWFORD<br>STEVEN CRAWFORD<br>Counsel for Defendant<br>ROSA FERNANDEZ |

**FINDINGS AND ORDER**

Base upon the stipulation of counsel, the sentencing hearing is CONTINUED to October 7, 2024. **No further continuances will be granted by stipulation.**

IT IS SO ORDERED.

Dated: **August 9, 2024**

UNITED STATES DISTRICT JUDGE

2