PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>             v.<br><br>ROSA FERNANDEZ,<br><br>                       Defendant. | CASE NO.  1:22-CR-00310-JLT-SKO<br><br>STIPULATION; FINDINGS AND ORDER |

This case is set for sentencing on October 7, 2024.  The parties request to move the sentencing to November 25, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 7, 2024.

2. By this stipulation, the parties now move to schedule sentencing for November 25, 2024. The parties previously requested to delay sentencing due to new information learned during the week leading up to sentencing that the parties need to further investigate. The Government continues to investigate the new information and requires additional time to discuss it with the defense counsel. The parties believe that further investigation and discussion about this information could impact Ms. Fernandez's sentencing. It is necessary for the parties to resolve this before proceeding to sentencing.

1

IT IS SO STIPULATED.

Dated:  September 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C HEINZ
ARIN C HEINZ
Assistant United States Attorney

Dated:  September 30, 2024

/s/ STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
ROSA FERNANDEZ

## FINDINGS AND ORDER

The COURT HEREBY ORDERS:

The sentencing hearing will be scheduled on November 25, 2024.

IT IS SO ORDERED.

Dated:   **September 30, 2024**

UNITED STATES DISTRICT JUDGE

2