PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00310-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| ROSA FERNANDEZ, | |
| Defendant. | |

**BACKGROUND**

On May 6, 2024, defendant Rosa Fernandez entered a guilty plea to Counts 1 and 3 of the Indictment. By previous order, this matter was set for sentencing on November 25, 2024. Dkt. 137.

On November 19, 2024, the parties submitted for the Court's consideration a stipulation and proposed order to vacate Fernandez's plea. Dkt. 144. The parties noted that in their view, significant new information uncovered regarding a confidential informant used during the investigation provided a fair and just reason for withdrawal under Federal Rule of Criminal Procedure 11. *Id.*

The Court directed Fernandez to file a motion requesting to withdraw her plea. In addition, the Court directed the parties to detail a "clear recitation of what facts were uncovered, when they were discovered, and how they bear on whether the defendant should be allowed to withdraw her plea." Dkt 145. Fernandez filed her motion to withdraw her plea on December 19, 2024.  Dkt. 156.

///

1

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1) Fernandez filed a motion to withdraw her plea on December 19, 2024. Dkt. 156.
2) The Government requests until January 3, 2025, to respond to the defendant's motion. The defense does not oppose the Government's request.
3) The parties further request that the motion be heard on January 21, 2025, as the case is on calendar for sentencing on that date. Dkt. 145.

IT IS SO STIPULATED.

Dated: December 23, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C HEINZ
ARIN C HEINZ
Assistant United States Attorney

Dated: December 23, 2024

/s/ STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
ROSA FERNANDEZ

## ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **December 26, 2024**

UNITED STATES DISTRICT JUDGE