PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA FERNANDEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00310-JLT-SKO<br><br>STIPULATION AND ORDER |

**BACKGROUND**

On May 6, 2024, defendant Rosa Fernandez entered a guilty plea to Counts 1 and 3 of the Indictment. By previous order, this matter was set for sentencing on November 25, 2024. Dkt. 137.

On November 19, 2024, the parties submitted for the Court's consideration a stipulation and proposed order to vacate Fernandez's plea. Dkt. 144. The parties noted that in their view, significant new information uncovered regarding a confidential informant used during the investigation provided a fair and just reason for withdrawal under Federal Rule of Criminal Procedure 11. *Id*.

The Court directed Fernandez to file a motion requesting to withdraw her plea. In addition, the Court directed the parties to detail a "clear recitation of what facts were uncovered, when they were discovered, and how they bear on whether the defendant should be allowed to withdraw her plea." Dkt 145. Fernandez filed her motion to withdraw her plea on December 19, 2024. Dkt. 156. The United States filed a Non-Opposition on January 3, 2025. Dkt. 165. On January 6, 2025, the Court granted

1

Fernandez's motion to set aside her guilty plea. Dkt. 167. On January 10, 2025, the parties filed a revised plea agreement. Dkt. 168.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1) This case is on calendar for a status conference on January 15, 2025. Dkt. 166.
2) The parties request to vacate the status conference and schedule a change of plea for February 10, 2025. This date is the earliest date the parties and the court are available.
3) The parties further request that the Court exclude time from January 21, 2025, until February 10, 2025, to ensure continuity of counsel and allow Defense counsel to prepare for sentencing with the revised plea agreement.

IT IS SO STIPULATED.

Dated: January 14, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C HEINZ
ARIN C HEINZ
Assistant United States Attorney

Dated: January 14, 2025

/s/ STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
ROSA FERNANDEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: _____

_____
HON. SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE